UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

CHARLES EDWARD SKIPP,

      Defendant-Movant.

_____/

Case No. 1:22-cv-859

Honorable Janet T. Neff

## **JUDGMENT**

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against

Defendant-Movant in this § 2255 proceeding.


Dated:   July 10, 2024                      /s/ Janet T. Neff
                                               Janet T. Neff
                                               United States District Judge